**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| EVAN DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> 8POINT3 ENERGY PARTNERS LP, et al., <br><br> Defendants. | Case No.  18-cv-02267-BLF <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

   Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Susan Illston for consideration of whether the case is related to *Taylor v. 8Point3 Energy Partners LP, et al.*, Case No. 3:18-CV-01989-SI.


   **IT IS SO ORDERED.**


Dated: April 17, 2018

_____
BETH LABSON FREEMAN
United States District Judge